IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN MICHAEL HUFFMAN,

    Defendant.

Case No. 3:22cr104

JUDGE WALTER H. RICE

---

DECISION AND ENTRY AMENDING ORDER OF DETENTION AND RELEASING DEFENDANT ON HIS OWN RECOGNIZANCE TO ALLOW HIM TO BECOME A RESIDENT OF THE MONDAY PROGRAM AS ORDERED BY THE MONTGOMERY COUNTY COURT OF COMMON PLEAS; THIS COURT'S DETAINER TO BE LODGED AGAINST DEFENDANT AT THE MONDAY PROGRAM WITHIN TWENTY-FOUR HOURS AFTER HIS ARRIVAL AT SUCH PROGRAM

---

In order to allow Defendant to enter the MonDay Program, as directed by the Montgomery County Court of Common Pleas in its decision to place Defendant on five years of intensive community control, this Court amends its prior Order of Detention by releasing Defendant on his Own Recognizance. Within twenty-four hours after the Defendant has entered the MonDay Program, a detainer is to be placed from this Court on Defendant at the MonDay Program, so that, upon completion of the MonDay Program, he can be transported immediately into federal custody for the purpose of his being sentenced by this Court upon a plea of guilty to a charge of knowing and intentional possession with intent to distribute methamphetamine, said plea entered on December 13, 2022.

                                                                                 */s/ Walter H. Rice*

December 14, 2022                            WALTER H. RICE  
                                                                             UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record  
US Marshal